certiorari to the Court of Appeals of the District of Columbia denied.  *Mr. F. R. Cornwall* and *Mr. L. S. Bacon* for the petitioner.  No appearance for the respondents.

---

No. 866. ILLINOIS CENTRAL RAILROAD COMPANY, PETITIONER, *v.* MARY O'NEILL ET AL.  April 18, 1910.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. Hunter C. Leake, Mr. Gustave Lemle,* and *Mr. Blewett Lee* for the petitioner.  No appearance for the respondents.

---

No. 878. THE UNITED STATES, PETITIONER, *v.* THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY. April 25, 1910.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit granted.  *The Attorney General, The Solicitor General, Mr. Edward A. Moseley* and *Mr. Philip J. Doherty* for the petitioner.  *Mr. Robert Dunlap* for the respondent.

---

No. 856. FRANK D. ZELL ET AL., PETITIONERS, *v.* NORFOLK & SOUTHERN RAILWAY COMPANY ET AL. April 25, 1910.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied.  *Mr. Thomas Leaming, Mr. John G. Johnson* and *Mr. Tazewell Taylor* for the petitioners. *Mr. Edward R. Baird, Jr., Mr. Thomas L. Chadbourne, Jr.,* and *Mr. Frederick Hoff* for the respondents.

---

No. 884. THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, PETITIONER, *v.* MARK B. HAMBLE.